UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

_____

**BUILDING TRADES UNITED PENSION TRUST FUND and NACARCI FEASTER (in his capacity as Trustee),**

**IRON WORKERS LOCAL 8 HEALTH FUND, UNION INDIVIDUAL ACCOUNT RETIREMENT FUND and COLIN TESKA (in his capacity as Trustee),**

      **Plaintiffs,**

 v.                                         Case No.    11-cv-585

**MILWAUKEE IRONWORKS, LLC,**

      **Defendant.**
_____

## ORDER FOR JUDGMENT
_____

    Request and application for default judgment brought by the Plaintiffs in the above-captioned action were submitted to the Court and filed with the clerk.

    The Court, having duly heard all issues and a decision having been duly rendered, orders as follows:

    1.   Defendant Milwaukee Ironworks, LLC has failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

    2.   Milwaukee Ironworks, LLC violated the Labor-Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreements by failing to pay fringe benefit contributions on behalf of its employees to the Plaintiff Funds.

    3.   As a result of Defendant's failure, Plaintiffs are entitled to damages consisting of unpaid contributions, liquidated damages, interest, attorney fees, and costs.

4. The court assesses the total damages to the Plaintiffs in the sum of $145,641.38.

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to enter judgment in favor of Plaintiffs, Building Trades United Pension Trust Fund, Nacarci Feaster, Iron Workers Local 8 Health Fund, Union Individual Account Retirement Fund, and Colin Teska, and against Defendant Milwaukee Ironworks, LLC in the amount of $145,641.38 together with interest at the rate allowed by law.

Dated this 9th day of September 2011.

BY THE COURT

s/_____
LYNN ADELMAN
U. S. District Court Judge